USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 7/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

KHAWLAH HABAIBEH,

Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION,

Defendant.

-----------------------------------------------------------------X

**ORDER**

25-cv-4091 (NSR)

NELSON S. ROMÁN, United States District Judge:

The Court is in receipt of the parties' proposed case management plan, filed on September 30, 2025. (ECF No. 11.) The Court is also in receipt of the parties' proposed protective order. (ECF No. 13.) The Court will so order the proposed protective order. However, the parties are directed to submit a revised case management plan to permit referral of this action to the Magistrate Judge for oversight of discovery. The parties shall submit the revised case management plan by July 30, 2026.

Dated: July 24, 2026
White Plains, New York

SO ORDERED



Hon. Nelson S. Roman
U.S. District Court, S.D.N.Y.