CONNELL FOLEY
A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700 F 212.542.3790

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/12/2026

August 11, 2026

**VIA ECF**
Judge Nelson S. Román
United States Courthouse
Southern District of New York
300 Quarropas Street, Courtroom 218
White Plains, New York 10601

**RE: Khawlah Habaibeh v. Costco Wholesale Corporation**
**Docket No.: 7:25-cv-04091 (NSR)**

Dear Judge Román:

MEMO ENDORSED

We represent Defendant Costco Wholesale Corporation in the above-captioned action. We respectfully submit this letter to correct an inadvertent error contained in the Revised Civil Case Management Plan filed on July 30, 2026, pursuant to the Court's July 24, 2026 Order.

As Your Honor is aware, on July 23, 2026, Costco filed a proposed Protective Order with the Court. The proposed Protective Order was granted, and the Court also directed the parties to submit a revised Case Management Plan to permit referral of this action to the Magistrate Judge for oversight of discovery.

In accordance with that directive, the parties submitted a Revised Civil Case Management Plan. Regrettably, while preparing the form, our office inadvertently checked the box in Item No. 1 consenting to conduct all further proceedings before a Magistrate Judge, including motions and trial. This selection was the result of a clerical error.

*See* **Pg. 2**

Defendant Costco consents to having this matter referred to Magistrate Judge Judith C. McCarthy for oversight of discovery. However, Defendant did not intend to consent to having all further proceedings conducted before the Magistrate Judge.

We sincerely apologize to the Court for this error and for any confusion it may have caused.

We respectfully request that, except for discovery matters, this case remain before Your Honor for all purposes, including dispositive motions and trial.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Davinderpal S. Josan

DSJ/mc

cc: **VIA ECF**
Walter F. Ciacci, Esq.
**DELLA MURA & CIACCI, LLP**
*Attorneys for Plaintiff*
**KHAWLAH HABAIBEH**
981 Allerton Avenue
Bronx, New York 10469

**The Court notes that no apology is necessary. The parties are directed to submit a revised case management plan for the Court's review by August 17, 2026. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18.**

**Dated: August 12, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge